UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  
Melissa Cherry, Debtor(s).  
_____/

CHAPTER 13  
CASE NO. 15-55388-WSD  
JUDGE WALTER SHAPERO

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The Plan fails to increase its funding upon the termination of the obligation to Credit Union One in contravention of 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

2. The Trustee objects to the proposed plan as it is currently underfunded and runs over sixty (60) months in violation of 11 U.S.C. § 1322(d).

3. The Trustee requests that the debtor provide copies of three (3) post-petition pay stubs at least fourteen days prior to confirmation.

4. The debtor lists in Schedule D a debt owed to PNC Bank. The Trustee objects to the debtor's failure to treat this creditor in the Chapter 13 Plan and the Trustee requests an amendment of same.

5. The debtor testified at the §341 First Meeting of Creditors that she is currently working full time at Prime Health Care Services and part time with Davita Renal Health Care. The Trustee requests that the debtor amend Schedule I to accurately reflect the debtor's employment situation.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT  
Tammy L. Terry, Chapter 13 Trustee

December 18, 2015  
/s/ *Tammy L. Terry*  
/s/TAMMY L. TERRY (P-46254)  
Chapter 13 Standing Trustee  
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)  
/s/ MARILYN R. SOMERS-KANTZER (P-52488)  
Staff Attorneys  
535 Griswold, Suite 2100  
Detroit, MI 48226  
(313) 967-9857  
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Melissa Cherry, Debtor(s).
_____/

CHAPTER 13
CASE NO. 15-55388-WSD
JUDGE WALTER SHAPERO

## CERTIFICATE OF MAILING

I hereby certify that on December 23, 2015, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

*/s/ Patrice N. Watson*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Melissa Cherry
27535 Sheridan St.
Garden City, MI 481350000

FREE BANKRUPTCY EVALUATION, P.C.
24725 WEST 12 MILE ROAD
SUITE 110
SOUTHFIELD, MI 480340000